JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112 - 25 Market Street
Trenton, New Jersey 08625-0112
Attorney for the State of New Jersey Department of Children and Families and the
State of New Jersey Division of Child Protection and Permanency

By:    Marvin L. Freeman
       Deputy Attorney General
       (609) 376-2440
       marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANA GRACE RINALDI, et als.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, et als,<br><br>    Defendants. | Civil Action No.<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

Defendants, by way and through the undersigned counsel, Jennifer Davenport,

Attorney General of New Jersey, by Deputy Attorney General Marvin L. Freeman,

appearing, file this Notice of Removal, and in support thereof, state:

1.    Plaintiff, Jana Grace Rinaldi, f/k/a JANA JACKSON f/k/a JIREH

WOODS and C.R., a minor, by and through FRANCESCO RINALDI and

KATHERINE RINALDI, Guardians Ad Litem, filed this matter in the Superior Court of New Jersey, Law Division, Morris County, Docket Number MRS-L-00747-26, against the State of New Jersey Department of Children and Families and the State of New Jersey Division of Child Protection and Permanency, in addition to state defendants yet to be served, (*See* Exhibit-A, Complaint).

2.      On April 24, 2026, Plaintiff served his Complaint upon the Defendants via the New Jersey Office of the Attorney General Electronic Service Portal. (*See* Exhibit-B, affidavits of service).

3.      Plaintiff's Complaint alleges federal procedural due process violations under 42 U.S.C. § 1983.

4.      The United States District Court has original or supplemental jurisdiction over all claims in this action, pursuant to 28 U.S.C. § 1331 and § 1367(a).

5.      This action if removable to the District Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is being filed within thirty (30) days of the date Defendants, the State of New Jersey Department of Children and Families and the State of New Jersey Division of Child Protection and Permanency received notice of the Complaint.

WHEREFORE, Defendant, the State of New Jersey Department of Corrections respectfully request that the action now pending in the New Jersey

Superior Court, Law Division, Morris County, bearing Docket Number MRS-L-00747-26, captioned <u>Rinaldi, Jana v. The State of New Jersey</u>, be removed to this District Court.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendants

By:   s/Marvin L. Freeman
      Marvin L. Freeman
      Deputy Attorney General

Dated:  May 19, 2026