

| | | |
|---|---|---|
| MIKIE SHERRILL<br>*Governor*<br><br>DR. DALE G. CALDWELL<br>*Lt. Governor* | *State of New Jersey*<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 Market Street<br>Trenton, NJ 08625 | JENNIFER DAVENPORT<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Director* |

June 1, 2026

***Via CM/ECF***
Hon. James B. Clark, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    <u>Rinaldi v State of New Jersey Dept. of Children & Families, et al</u>.
                Civil Action No.: 2:20-cv-18246 (JKS-SDA)

Dear Judge Clark:

I represent the State of New Jersey Department of Children and Families and the State of New Jersey Division of Child Protection and Permanency (State Defendants). A decision will also be made as to this office's representation of Defendants Ketty (Catherine) William, Irma Akcay and Alison Cassone, once they submit request for representation. The purpose of this letter is to respectfully request a 30-day extension from the date of the Court's Order in which to answer, move or otherwise respond to the Complaint.

On May 19, 2026, this matter was removed to this Court on behalf of the State Defendants. (ECF No.1). Based on a review of the state court docket, an affidavit of service was uploaded on May 12, 2026, indicating that Defendant Williams was served on April 27, 2026. However, as of this date, this office has not received a request for representation. Regarding Defendants Akcay and Cassone, this office is still verifying service upon them and needs to obtain and review their request for representation as well.

Thus, we request a 30-day extension in which to respond to the Complaint because once this office receives a request for representation, it must be processed,

June 1, 2026<br>
Page 2

followed by interviews and conflict checks, to determine if legal representation by this office is appropriate. Rather than provide piecemeal responses to the Complaint as Defendants are cleared for representation, additional time is requested to conduct the necessary conflict checks for all Defendants and provide a comprehensive response on behalf of all represented parties.

On this date, I contacted Plaintiffs' counsel, Mr. Paul T. Szypiotko, Esq., to obtain his response to this request, but he did not return the call. I thank the Court for its attention to this matter and if necessary, I can be contacted at 609.376.2440.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Marvin Freeman
      Marvin Freeman
      Deputy Attorney General

cc:   **(via CM/ECF) only**
      Timothy E. Dinan
      LADDEY CLARK & RYAN
      Plaintiffs' counsel