

<table>
<tr><td>MIKIE SHERRILL<br><i>Governor</i><br><br>DR. DALE G. CALDWELL<br><i>Lt. Governor</i></td><td><i>State of New Jersey</i><br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 Market Street<br>Trenton, NJ 08625</td><td>JENNIFER DAVENPORT<br><i>Attorney General</i><br><br>MICHAEL C. WALTERS<br><i>Director</i></td></tr>
</table>

July 1, 2026

**SO ORDERED**

***Via CM/ECF***
Hon. James B. Clark, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

*s/James B. Clark, III*
James B. Clark, III, USMJ

Dated: 7/6/2026

Re:   Rinaldi v State of New Jersey Dept. of Children & Families, et al.
      Civil Action No.: 2:26-cv-05694 (JKS-JBC)

Dear Judge Clark:

I represent the State of New Jersey Department of Children and Families and the State of New Jersey Division of Child Protection and Permanency (State Defendants). A decision will also be made as to this office's representation of Defendants Ketty (Catherine) William, Irma Akcay and Alison Cassone, conditioned upon results of conflict checks. The purpose of this letter is to respectfully request a second extension to July 24, 2026, in which to answer, move or otherwise respond to the Complaint.

On May 19, 2026, this matter was removed to this Court on behalf of the State Defendants. (ECF No.1). On June 2, 2026, the Court granted the State Defendants' request for a 30-day extension in which to respond to the Complaint. However, I respectfully request a second extension because this office is still trying to confirm service upon all of the individual Defendants, so that conflict checks can be completed.

We note that today, June 30, 2026, Plaintiff filed affidavits of service on the docket, but the documents were filed under seal. This office has confirmed that Defendants Akcay and Williams were served and conflict checks for them are



25 Market Street• TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

July 1, 2026
Page 2

underway. However, service upon Defendant Cassone remains outstanding, and once she is served, a conflict check would have to be conducted for her as well.

On June 29, 2026, I contacted Plaintiffs' law firm to obtain its response to this request. As of the filing of this letter, I have not yet heard back from Plaintiffs' counsel.

Should the Court grant this request, the State Defendants will respond to the Complaint on or before July 24, 2026. I thank the Court for its attention to this matter and if necessary, I can be contacted at 609.376.2440.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Marvin Freeman
      Marvin Freeman
      Deputy Attorney General

cc:   **(via CM/ECF) only**
      Timothy E. Dinan
      LADDEY CLARK & RYAN
      Plaintiffs' counsel