JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112 - 25 Market Street
Trenton, New Jersey 08625-0112
Attorney for the State of New Jersey Department of Children and Families, New Jersey Division of Child Protection and Permanency, Irma Ackay and Ketty Williams

By:    Marvin L. Freeman
       Deputy Attorney General
       (609) 376-2440
       marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JANA GRACE RINALDI, et als.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, et als,<br><br>Defendants. | HON. JAMEL K. SEMPER, U.S.D.J.<br>HON. JAMES B. CLARK, U.S.M.J.<br><br>CIVIL ACTION NO.: 2:26-cv-05694 (JKS-JBC)<br><br>Civil Action<br><br>**NOTICE OF MOTION TO PARTIALLY DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6)** |

**PLEASE TAKE NOTICE** that on August 17, 2026, or at such other time as it may please the Court, the undersigned Jennifer Davenport, Attorney General of New Jersey, by Marvin L. Freeman, Deputy Attorney General, appearing on behalf of Defendants, the State of New Jersey Department of Children and Families, New

Jersey Division of Child Protection and Permanency, Irma Ackay and Ketty Williams, ("State Defendants"), shall move for an Order to partially dismiss the complaint pursuant to F. R. Civ. P. 12((b) (6), for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that the State Defendants will rely upon the Brief and Declaration of Counsel with attached Exhibit in support of this Motion.

Oral argument is not requested. A proposed form of Order is submitted herewith.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    s/ Marvin L. Freeman
       Marvin L. Freeman
       Deputy Attorney General

Dated: July 24, 2026