***Timothy E. Dinan, Esq. (023232010)***
***LADDEY, CLARK & RYAN, LLP***
*Attorneys-at-Law*
*60 Blue Heron Road, Suite 300*
*Sparta, NJ 07871-2600*
*Phone: (973) 729-1880*
*Fax: (973) 729-1224*
*Email: tdinan@lcrlaw.com*
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANA GRACE RINALDI, f/k/a JANA JACKSON f/k/a JIREH WOODS and C.R., a minor, by and through FRANCESCO RINALDI and KATHERINE RINALDI, Guardians Ad Litem<br><br>        Plaintiff,<br><br>    -vs-<br><br>THE STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, THE STATE OF NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY f/k/a DIVISION OF YOUTH AND FAMILY SERVICES, IRMA AKCAY in her individual capacity and as a DYFS caseworker, ALISON CASSONE in her individual capacity and as a DYFS caseworker, KETTY WILLIAMS in her individual capacity and as a DYFS supervisor, JOHN JACKSON, CAROLYNE JACKSON, THE STATE OF NEW JERSEY INTERSTATE COMPACT ON THE PLACEMENT OF | CASE NO.: 2:26-cv-05694-JKS-JBC<br><br>Civil Action<br><br><br>**RESPONSE TO DEFENDANTS THE STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES (DCF) AND THE STATE OF NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY F/K/A DIVISION OF YOUTH AND FAMILY SERVICES (DCP&P)'S NOTICE OF MOTION TO PARTIALLY DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br><br>**MOTION DAY:** September 8, 2026 |

CHILDREN ADMINISTRATORS 1-50 (true names being unknown), JOHN DOE CASEWORKERS 1-50 (individually and as DYFS or DCPP caseworkers, true names being unknown), JOHN DOE RESOURCE WORKERS 1-50 (individually and as DYFS or DCPP resource workers, true names being unknown), JOHN DOE INVESTIGATIVE WORKERS 1-50 (individually and as DYFS or DCPP investigative workers, true names being unknown), JOHN DOE SUPERVISORS 1-50 (individually and as DYFS or DCPP supervisors, true names being unknown), JOHN DOE MANAGERS 1-50 (individually and as DYFS or DCPP managers, true names being unknown), ABC CORPORATIONS 1-100 (true names being unknown), ABC EMPLOYEES (true names being unknown), ABC GOVERNMENT ENTITIES 1-100 (true identities being unknown), ABC GOVERNMENT EMPLOYEES 1-100 (in their individual capacities and as government employees 1-100),

Defendants.

**PLEASE TAKE NOTICE** that Laddey, Clark & Ryan, LLP, Attorneys for Plaintiffs, the undersigned appearing, shall consent to an Order to partially dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), in sole and specific reference to Plaintiffs' Count Six as it relates to Defendants DCF and DCP&P in their capacity as an agency. No corresponding brief is attached to this notice in the interest of judicial efficiency and expediency.

2

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs **<u>shall not</u>** consent to any dismissal of Count Six, 42 U.S.C. § 1983 claims, and any corresponding State claims against any individual defendants, including but not limited to Irma Akcay in her individual capacity and as a DYFS caseworker, Alison Cassone in her individual capacity and as a DYFS caseworker, and Ketty Williams in her individual capacity and as a DYFS supervisor.

**WHEREFORE,** Plaintiffs respectfully consent to the dismissal of Count Six of the complaint against Defendants DCF and DCP&P, while reserving the right to advance on the same count against any and all current and future Defendants besides the two agencies specifically mentioned in Defendants' motion.

Respectfully submitted,
**LADDEY, CLARK & RYAN, LLP**

Dated:  July 31, 2026                    By: _____
Timoth E. Dinan, Esq
New Jersey Bar No.: 023232010
60 Blue Heron Road, Suite 300
Sparta, NJ 07871-2600
*Attorneys for Plaintiffs*

3