John E. Jackson 65372-050
Federal Correctional Complex Coleman Low A-2
P.O. Box 1031
Coleman, Florida 33521

COURT
JERSEY
RECEIVED
2026 OCT -9 A 10:43

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | ) | |
| | ) | Civil Action No. 2:26-cv-05694-JKS-JBC |
| JANA GRACE RINALDI, f/k/a JANA JACKSON f/k/a JIREH WOODS, and C.R., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, et al., | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT JOHN JACKSON FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND TO SET A RESPONSE DATE**

Defendant John Jackson, appearing pro se, respectfully moves under Federal Rules of Civil Procedure 6(b)(1)(A) and, in the alternative, 6(b)(1)(B), for an extension of time to respond to the Amended Complaint, and asks the Court to set a date certain for that response. In support, Defendant states:

1. Defendant is incarcerated at the Federal Correctional Complex Coleman Low in Coleman, Florida, and appears pro se.

2. Defendant timely filed a motion under Rule 12(b)(6) and 12(e). Defendant understands that the motion was terminated as moot after the Plaintiffs filed an Amended Complaint docketed September 8, 2026 as Document 20.
3. As of the date of this motion, Defendant has not received a copy of the Amended Complaint, has not received the order terminating his motion, and has no information as to when or how either paper was mailed.
4. Defendant has no access to electronic filing or to the docket and receives case papers only through institutional legal mail, which is subject to processing delay.
5. Under rule 15(a)(3), the time to respond to an amended pleading runs from service of that pleading. Defendant does not know whether service on him has occurred. Under Rule 12(a)(4)(A), a responsive pleading is due 14 days after notice of the court's action on a Rule 12 motion unless the court sets a different time.
6. Defendant intends to respond to the Amended Complaint and cannot do so without a copy of it. Any failure to respond to date is due to non-receipt of the pleading and not to any lack of diligence.
7. No party is prejudiced by the relief requested. Defendant has received no notice that default has been requested.

WHEREFORE, Defendant respectfully requests that the Court

(a) direct Plaintiffs to serve a complete copy of the Amended Complaint on Defendant by mail at the address above;

(b) set Defendant's time to respond as 45 days after that service, or such other date as the Court directs; and

(c) to the extent any response period has already expired, extend it under Rule 6(b)(1)(B) for the reasons stated.

I declare that the foregoing is true and correct.

John Jackson, Defendant Pro Se
Dated: September 30, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANA GRACE RINALDI, f/k/a JANA JACKSON f/k/a JIREH WOODS, and C.R., | ) | Civil Action No. 2:26-cv-05694-JKS-JBC |
| Plaintiffs, | ) | |
| v. | ) | |
| STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, et al., | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, I placed true copy of this motion in the institution's legal-mail system; postage prepaid, addressed to Timothy E. Dinan, Esq., Laddey, Clark & Ryan, LLP, 60 Blue Heron Road, Suite 300, Sparta, New Jersey 07871-2800 and to Marvin L. Freeman, Deputy Attorney General, New Jersey Office of the Attorney General, 25 Market Street, P.O. Box 112, Trenton, New Jersey 08625-0112, and mailed the original to the Clerk of Court, United States District Court, District of New Jersey, 50 Walnut Street, Room 4015, Newark, New Jersey 07101.

John Jackson

Y.A. Johnson 65372-050
Federal Correctional Complex
Coleman Low A-2
P.O. Box 1031
Coleman, FL 33521

CERTIFIED MAIL®

9589 0710 5270 4664 1616 61

X-RAYED

Clerk of Court
U.S District Court, District of N.J.
50 Walnut St., Room 4015
Newark, N.J. 07101

OCT -9 A 10:43
RECEIVED
NEW JERSEY

Retail

U.S. POSTAGE PAID
FCM LETTER
COLEMAN, FL 33521