# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANA GRACE RINALDI, f/k/a JANA JACKSON f/k/a JIREH WOODS and C.R., a minor, by and through FRANCESCO RINALDI and KATHERINE RINALDI, Guardians Ad Litem<br><br>Plaintiff,<br><br>-vs-<br><br>THE STATE OF NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, THE STATE OF NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY f/k/a DIVISION OF YOUTH AND FAMILY SERVICES, IRMA AKCAY in her individual capacity and as a DYFS caseworker, ALISON CASSONE in her individual capacity and as a DYFS caseworker, KETTY WILLIAMS in her individual capacity and as a DYFS supervisor, JOHN JACKSON, CAROLYN JACKSON, THE STATE OF NEW JERSEY INTERSTATE COMPACT ON THE PLACEMENT OF CHILDREN ADMINISTRATORS 1-50 (true names being unknown), JOHN DOE CASEWORKERS 1-50 (individually and as DYFS or DCPP caseworkers, true names being unknown), JOHN DOE RESOURCE WORKERS 1-50 (individually and as DYFS or DCPP resource workers, true names being unknown), JOHN DOE INVESTIGATIVE WORKERS 1-50 (individually and as DYFS or DCPP investigative workers, true names being unknown), JOHN DOE SUPERVISORS 1-50 (individually and as DYFS or DCPP supervisors, true names being unknown), JOHN DOE MANAGERS 1-50 (individually and as DYFS or DCPP | CASE NO.: 2:26-cv-05694-JKS-JBC<br><br>Civil Action |

managers, true names being unknown), ABC CORPORATIONS 1-100 (true names being unknown), ABC EMPLOYEES (true names being unknown), ABC GOVERNMENT ENTITIES 1-100 (true identities being unknown), ABC GOVERNMENT EMPLOYEES 1-100 (in their individual capacities and as government employees 1-100),

Defendants.

**SUMMONS IN A CIVIL ACTION**

**To:** John Jackson (Inmate No.: 65372-050)
FCI Coleman Low
Federal Correctional Institution
846 NE 54th Terrace
Sumterville, FL 33521

A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) in accordance with the **attached October 13, 2026, Letter Order**, you must serve on the plaintiff an answer to the attached **amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Timothy E. Dinan, Esq
New Jersey Bar No.: 023232010
Laddey, Clark & Ryan, LLP
60 Blue Heron Road, Suite 300
Sparta, NJ 07871-2600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Dated: ____________________ By: ______________________________________
*Signature of Clerk or Deputy Clerk*