**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

October 13, 2026

**LETTER ORDER**

**Re: Rinaldi, et al. v. New Jersey Dept. of Children and Families, et al.**
**Civil Action No. 26-5694 (JKS)**

Dear Counsel,

The Court is in receipt of a Motion for an Extension of Time to Respond to the Amended Complaint by *pro se* Defendant John Jackson. *See* Dkt. No. 35. In light of Defendant John Jackson's Motion, the Court orders as follows:

1. Plaintiffs shall forthwith re-serve Defendant John Jackson with a copy of the Amended Complaint filed on September 8, 2026 at the address listed on the docket and shall provide proof of service with the Court.
2. Defendant John Jackson shall respond to the Amended Complaint not later than forty-five (45) days after being served with a copy of the amended complaint.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**